UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK SULLIVAN, | CASE NO. C26-0348JLR |
| Plaintiff, | ORDER |
| v. | |
| CARMEN PACHECO, et al., | |
| Defendants. | |

On January 26, 2026, *pro se* Plaintiff Jack Sullivan filed an application to proceed in forma pauperis ("IFP").  (IFP App. (Dkt. # 1).)  On January 30, 2026, the Clerk informed Mr. Sullivan that he had submitted the incorrect IFP application and failed to provide a civil cover sheet as required by this District's Local Civil Rules.  (*See* 1/30/26 Not. (Dkt. # 2).)  The Clerk set a March 2, 2026 deadline for Mr. Sullivan to correct these filing deficiencies.  (*Id*.)  Although the deadline expired almost a month ago, Mr. Sullivan has not responded to the notice of filing deficiencies.  (*See generally* Dkt.)  Accordingly,

ORDER - 1

the court DENIES Mr. Sullivan's IFP application (Dkt. # 1) and DISMISSES this action without prejudice.

Dated this 31st day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2